Certificate Number: 05781-PAE-DE-033194336

Bankruptcy Case Number: 19-12793



05781-PAE-DE-033194336

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 1, 2019, at 6:13 o'clock PM PDT, Brian Smith completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 1, 2019           By:    /s/Allison M Geving

                                 Name:  Allison M Geving

                                 Title: President